UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS; LISSA DOE AND JACK DOE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WESTERN UNION;NEW VALLEY CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW V CORPORATION; MONTE DE PIEDAD; ANZAR ENTERPRISES, INC.; And DOES 1 THROUGH 10, Inclusive<br><br>　　　　　Defendants. | Case No.: 07cv0731 BEN (POR)<br><br>ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANT NEW VALLEY CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW V CORPORATION<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS; LISSA DOE AND JACK DOE, Plaintiffs,

1    Case Number: 07cv0731 BEN (POR)

Document Date: June 6, 2007

through their respective attorneys of record that ONLY Defendant NEW VALLEY CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW V CORPORATION is dismissed **without** prejudice from Plaintiffs' Complaint, Case Number: 07cv0731 BEN (POR). Additionally, the dismissal of ONLY Defendant NEW VALLEY CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW V CORPORATION **without** prejudice shall not affect the continuing litigation with the remaining Defendants.

**IT IS SO ORDERED.**

Dated: June 8, 2007  _____
HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE

Document Date: June 6, 2007